UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

Criminal No. 03-10370-DPW

2003 DEC 10  A 11: 03

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
V. )
)
)
DOUGLAS BANNERMAN )
)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James Michael Merberg with offices at 66 Long Wharf, Boston, MA 02110 appears on behalf of the Defendant, Douglas Bannerman, in the above-captioned indictment.

Respectfully submitted,
Douglas Bannerman
by his attorney,

James Michael Merberg, Esquire
66 Long Wharf
Boston, MA 02128
(617) 723-1990