

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

FILED
IN CLERKS OFFICE
2003 DEC -8 P 3: 43
U.S. DISTRICT COURT
DISTRICT OF MASS.

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 8, 2003

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

    Re: <u>United States v. Bannerman</u> et al.
        No. 03-10370-DPW

Dear Ms. Affsa:

    Enclosed for filing in the above-captioned case please find an original signature page for me and for James Merberg, counsel to Douglas Bannerman, for the Protective Order filed on December 3, 2003. If you would please include this page with that document, I would very much appreciate it. Thank you!

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                By: _____
                         RACHEL E. HERSHFANG
                         Assistant U.S. Attorney

Enclosure

cc:  James M. Merberg
     66 Long Wharf
     Boston, MA 02110

## PROTECTIVE ORDER

### Douglas Bannerman et al., Criminal No.03-M-0454-RBC

_____   12/8/03
Rachel E. Hershfang              Date
Assistant U.S. Attorney

_____   12/8/03
                                 Date

_____   _____
                                 Date

_____   _____
                                 Date

_____   _____
                                 Date

_____   _____
                                 Date

_____   _____
                                 Date

_____   _____
                                 Date