AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

———— DISTRICT OF ————

United States v. Bannerman

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03cr10370

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert B. Collings | Hershfang | Marberg |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12-16-03 → | Tape | Nicewicz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 12/16/03 | ✓ | ✓ | Crim Complaint / Aff |
| 2 | | | ✓ | ✓ | Videotape / Fairfield elevator |
| 3 | | | ✓ | ✓ | photo black canvas bag |
| 4 | | | ✓ | ✓ | " sifter / marij |
| 5 | | | ✓ | ✓ | 20 lbs marijuana |
| 6 | | | ✓ | ✓ | empty wrappers |
| 7 | | | ✓ | ✓ | " " |
| 8 | | | ✓ | ✓ | Audio tape of Walker / Bannerman |
| 9 | | | ✓ | ✓ | Ford F150 - crates |
| 10 | | | ✓ | ✓ | packages marij photos |
| 11 | | | ✓ | ✓ | " " " |
| 12 | | | ✓ | ✓ | " " " |
| 13 | | | ✓ | ✓ | Audio tape CW1 / Walker 11/25/03 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages