UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>v.<br><br>DOUGLAS BANNERMAN, ET. AL.<br>   Defendant, | Criminal Case No. 03-10370-DPW<br><br><u>Record Owner:</u><br>Doris M. Walter<br><br><u>Property:</u><br>25 Royal Road,<br>Brookline, Massachusetts<br><br><u>Deed:</u><br>Norfolk County,<br>Book 5755, Page 574 |

## *LIS PENDENS*

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused an Indictment to be filed charging the defendant, Douglas Bannerman, among others, with violations of 21 U.S.C. §§846 and 841, 18 U.S.C. §1956(a)(1), and alleging that the real property located at 25 Royal Road, Brookline, Massachusetts ("the Property"), including all buildings, appurtenances, and improvements thereon, as described in more detail and recorded in the Norfolk County Registry of Deeds at Book 5755, Page 574, constitutes, or is derived from, proceeds obtained, directly or indirectly, as a result of such violations, or property used or intended to be used to facilitate the commission of narcotics violations, and/or property involved in a money laundering offense, or property traceable thereto.

For title to the Property, see Book 5755, Page 574, of the Norfolk County Registry of Deeds.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United State Attorney

By:                               
        JENNIFER H. ZACKS
        Assistant U.S. Attorney
        Suite 9200
        1 Courthouse Way
        Boston, MA 02210
        (617) 748-3100

Dated: December 4, 2003

2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                              Boston

OATH

The undersigned Jennifer H. Zacks, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and buildings as described above.

_____
Jennifer H. Zacks
Assistant U.S. Attorney

Dated: December 4, 2003

Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, who acknowledged the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn to before me this 4th day of December, 2003.

_____
NOTARY PUBLIC Erin R. Donovan
My Commission expires:
2-12-2004

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge
Dated: December 4, 2003

3