

```
      FILED
  IN CLERK'S OFFICE

  2003 DEC 29  P 1: 21

  U.S. DISTRICT COURT
   DISTRICT OF MASS
```

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

December 29, 2003

Ms. Gina Affsa
Clerk to Hon. Robert B. Collings
United States District Court
1 Courthouse Way
Boston MA 02210

    Re: United States v. Bannerman et al.
        No. 03-10370-DPW

Dear Ms. Affsa:

    Enclosed for filing in the above-captioned case please find an original signature page for Owen Walker, Jack Diamond, and Kevin Reddington (counsel to Jose Vezga, John McCarthy, and Daniel Macauley, respectively). Please attach this page to the Protective Order filed on December 3, 2003. Thank you!

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By: _____
                            RACHEL E. HERSHFANG
                            Assistant U.S. Attorney

Enclosure

cc:  James M. Merberg
     66 Long Wharf
     Boston, MA 02110

     John Wall, Esq.
     Law Office of John Wall

Ms. Affsa
December 8, 2003
Page 2

    One Commercial Wharf West
    Boston, MA 02110

    Kevin J. Reddington, Esq.
    Kevin J. Reddington Law Office
    1342 Belmont
    Brockton, MA 02301

    John T. Diamond, III, Esq.
    15 Foster
    Quincy, MA 02169

    Frances A. McIntyre, Esq.
    Ficksman & Conley, LLP
    98 N. Washington
    Boston, MA 02114

    Owen S. Walker, Esq.
    Federal Defenders Office
    408 Atlantic Avenue
    Boston, MA  02109

## PROTECTIVE ORDER

### Douglas Bannerman et al., Criminal No. 03-M-0454-RBC

_[signature]_         12/8/03
Rachel E. Hershfang    Date
Assistant U.S. Attorney

_[signature]_         12/8/03
              Date

John Wall         12/10/03
              Date

_[signature]_         12-22-03
              Date

_[signature]_         12/22/03
              Date

Owen Walker (Jose Vega)         12/22/03
              Date

_____      _____
              Date

_____      _____
              Date