UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>            **Plaintiff** )<br>)<br>)<br>    v. )<br>)<br>)<br>**1. DOUGLAS BANNERMAN** )<br>)<br>            **Defendant.** )<br>_____) | No. 03-10370-DPW |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant Douglas Bannerman, the government will seek increased punishment by reason of the following criminal conviction:

1. County of Los Angeles Docket Number BA206060; Offense: Possession of Marijuana for Sale; Conviction Date: November 15, 2000.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:    /s/ Rachel E. Hershfang
                                        RACHEL E. HERSHFANG
                                        Assistant U.S. Attorney

Dated: January 13, 2004

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that I have this day served upon below-noted counsel of record a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery, this 13th day of January 2003.

| | |
|---|---|
| James M. Merberg, Esq.<br>66 Long Wharf<br>Boston, MA 02110 | Michael C. Bourbeau, Esq<br>21 Union Street<br>Boston, MA 02108 |
| Kevin J. Reddington, Esq.<br>Kevin J. Reddington Law Office<br>1342 Belmont<br>Brockton, MA 02301 | Owen S. Walker, Esq.<br>Federal Defenders Office<br>408 Atlantic Avenue<br>Boston, MA  02109 |
| John T. Diamond, III, Esq.<br>15 Foster<br>Quincy, MA 02169 | William J. Cintolo, Esq.<br>803 Hancock<br>Box 189<br>Quincy, MA 02170 |
| Adam A. Rowe, Esq.<br>Crowe & Dunn, LLP<br>141 Tremont St.<br>Boston, MA 02111 | |

                                        _____
                                        Rachel E. Hershfang