# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                      CRIMINAL NO. 2003-10370-DPW-01
                                              -02
                                              -04
                                              -05
                                              -06
                                              -07
                                              -08

DOUGLAS K. BANNERMAN,
KURT WALTER,
DANIEL MACAULEY,
JOHN McCARTHY,
JOHN GRAHAM,
SCOTT MYERS,
JOSE VEZGA,
      Defendants.

## *REPORT AFTER*
## *INITIAL STATUS CONFERENCE*
## *PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on February 9, 2004; counsel for each defendant was present with the exception of counsel for defendant

Bannerman.

The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1) No.

(2) The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than forty-five (45) working days before trial;* the defendant shall comply with his reciprocal obligations respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., *not less than twenty (20) working days before trial.*

(3) The Government will produce the reports of scientific tests and other reports as they become available.

(4) Counsel shall notify the Court at the Interim Status Conference as to whether any non-discovery type motions will be filed.

(5) *See* Order of Excludable Delay entered this date.

(6) Unknown whether there will be a plea; the trial would three weeks.

(7) An Interim Status Conference is set for *Monday, April 5, 2004 at 2:15 P.M.*

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4)   *See* Order of Excludable Delay entered this date.

(5)   Not applicable.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 9, 2004.