# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      v.                    CRIMINAL NO. 2003-10370-DPW

DOUGLAS K. BANNERMAN,
KURT WALTER,
GARY NEWELL,
DANIEL MACAULEY,
JOHN McCARTHY,
JOHN GRAHAM,
SCOTT MYERS,
JOSE VEZGA,
    Defendants.

## ORDER OF EXCLUDABLE DELAY

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

4/5/2004 - Conference held.

4/6 - 6/16/2004 -   Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of May 17, 2004, NO (0) non-excludable days will have occurred leaving SEVENTY (70) days left to commence trial so as to be within

the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 5, 2004.