# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                              CRIMINAL NO. 2003-10370-DPW

DOUGLAS K. BANNERMAN,
KURT WALTER,
GARY NEWELL,
DANIEL MACAULEY,
JOHN McCARTHY,
JOHN GRAHAM,
SCOTT MYERS,
JOSE VEZGA,
     Defendants.

## ORDER

COLLINGS, U.S.M.J.

Any non-discovery type motions (motions to dismiss, suppress, etc.) shall be filed and served *on or before the close of business on Wednesday, June 16, 2004;* the Government shall respond within the time set forth in the Local Rules.

                                            */s/ Robert B. Collings*
                                            ROBERT B. COLLINGS
                                            United States Magistrate Judge

April 5, 2004.