UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 2003-10370-DPW |
| ) | |
| DOUGLAS K. BANNERMAN, ) | |
| KURT WALTER, ) | |
| GARY NEWELL, ) | |
| DANIEL MACAULEY, ) | |
| JOHN McCARTHY, ) | |
| JOHN GRAHAM, ) | |
| SCOTT MYERS, ) | |
| JOSE VEZGA, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW

I, John H. Brazilian, attorney for Defendant Douglas K. Bannerman, move the Court for an order allowing me to withdraw my appearance in the above captioned case. I have not represented Mr. Bannerman since being succeeded by Attorney James M. Merberg in December of 2003.

Respectfully submitted,
JOHN H. BRAZILIAN

John H. Brazilian
B.B.O. #054980
Butters Brazilian, LLP
One Exeter Plaza
Boston, MA 02116
(617) 367-2600

Dated: April ___, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that the above-referenced document was served upon Rachel Hershfang, Assistant United States Attorney, One Courthouse Way, Boston, Massachusetts 02210, by first-class mail, postage prepaid, on this date.

_____

John H. Brazilian