# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                                  CRIMINAL NO. 2003-10370-DPW

DOUGLAS K. BANNERMAN,
KURT WALTER,
GARY NEWELL,
DANIEL MACAULEY,
JOHN McCARTHY,
JOHN GRAHAM,
SCOTT MYERS,
JOSE VEZGA,
    Defendants.

## ORDER

COLLINGS, U.S.M.J.

The Court orders the following:

(1) A joint status report shall be filed *on or before the close of business on Monday, June 28, 2004* verifying that all counsel are on the same page as to which audio and video tapes have been disclosed by the Government and that such all such audio and video tapes are, in fact, available to counsel for the defendants at APEX.

(2) The time period set forth in Local Rule 116.3 for writing letter requests for discovery is ENLARGED to the close of business on *Friday, August 6, 2004.*

    (3)    All non-discovery type motions must be filed and served *on or before the close of business on Wednesday, September 22, 2004.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 17, 2004.