# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                    CRIMINAL NO. 2003-10370-DPW

DOUGLAS K. BANNERMAN,
KURT WALTER,
GARY NEWELL,
DANIEL MACAULEY,
JOHN McCARTHY,
JOHN GRAHAM,
SCOTT MYERS,
JOSE VEZGA,
    Defendants.

## SUPPLEMENTAL ORDER

COLLINGS, U.S.M.J.

If any counsel for any defendants has any further problems with the availability of recordings from APEX or any objections to the Supplemental Status Report (#120) filed on June 25th, he or she shall file and serve a pleading setting forth such problems or objections *on or before the close of business on Thursday, July 8, 2004.*

Any problems or objections with respect to recordings available at APEX

which are not noted in a pleading filed by July 8th shall be deemed waived.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

June 29, 2004.