UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

Criminal No. 03-10370-DPW-04

2004 SEP 21  P 4: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA       )
                               )
v.                             )
                               )
DOUGLAS K. BANNERMAN           )
                               )

### DEFENDANT'S ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OF SUBSTANTIVE MOTIONS AND MOTION TO EXTEND TIME RE: NOTIFICATION OF CHANGE OF PLEA

NOW COMES, the above captioned Defendant Douglas K. Bannerman in the above numbered indictment and respectfully moves this Honorable Court for permission to further extend the time for the filing of a substantive motions and notification of change of plea to October 25, 2004.

In support of the within motion the Defendant, through counsel, notes that this is a matter involving extensive discovery of thousands of pages as represented to the Court. Counsel for the Defendant has not had sufficient time to review said discovery and adequately review the evidence and documentation to determine whether to file substantive motions and/or notification of a change of plea on said indictment.

It is for all these reasons, consistent with the Speedy Trial Action and the Patriot Act ramifications on sentencing, that the Defendant files this motion requesting that the date for the filing of substantive motions and/or notification of change of plea be extended up through and including October 25, 2004.

1

Counsel for the Defendant has contacted Assistant United States Attorney Rachel Hershfang and have received her assent to this request.

Assented to:

*Rachel Hershfang* /pc
Rachel G. Hershfang
Office of the United States Attorney
United States District Court
1 Courthouse Way, Suite 9200
Boston, MA 02210

Respectfully Submitted,
Douglas K. Bannerman
By his attorney,

*James Michael Merberg*
James Michael Merberg
66 Long Wharf
Boston, MA 02110
(617) 723-1990