# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

   v.         CRIMINAL NO. 2003-10370-DPW

DOUGLAS K. BANNERMAN,
KURT WALTER,
GARY NEWELL,
DANIEL MACAULEY,
JOHN McCARTHY,
JOHN GRAHAM,
SCOTT MYERS,
JOSE VEZGA,
  Defendants.

## ORDER

COLLINGS, U.S.M.J.

  After hearing, it is ORDERED that:

  (1) The time period provided by L.R. 116.3 is ENLARGED to the close of business on **Tuesday, October 12, 2004** as to counsel for defendants Graham and Vezga only.

  (2) The time period for filing any discovery motions as to matters which have been requested and not provided is ENLARGED to the close of business on

*Tuesday, October 12, 2004* as to defendants Newell and Macauley only.

(3)    Other than the permission granted by paragraphs (1) and (2), *supra,* no further letter requests for discovery may be served and no discovery motions may be filed without leave of Court.

(4)    All non-discovery motions must be filed and served *on or before the close of business on Monday, November 22, 2004.*

(5)    A Further Final Status Conference is set for *Wednesday, December 1, 2004 at 2:15 P.M.*  A Joint Updated Final Status Report must be filed by *12 Noon on Tuesday, November 30, 2004.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

September 28, 2004.