en, et. al.   O3cr 10370-DPW

US. v Bannerman et al
03cv 10370-DPW

9/11

Your Honor,

I am writing in the hope that you would consider granting my son permission to attend regular A.A. or N.A. meetings. Douglas Bannerman has been held at the Plymouth Correctional Facility since Dec. 2003 without bail. We have no trial date as of yet. He has been clean and sober for seven years and attributes that to regular attendance of twelve step meetings. These meetings would reinforce his commitment to sobriaty, and be a positive influence on Douglas' personal and spiritual growth.

Thank you for your kind consideration,

Regina Bannerman