# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

v.  CRIMINAL NO. 2003-10370-DPW

DOUGLAS K. BANNERMAN,
KURT WALTER,
GARY NEWELL,
DANIEL MACAULEY,
JOHN McCARTHY,
JOHN GRAHAM,
SCOTT MYERS,
JOSE VEZGA,
    Defendants.

## ORDER

COLLINGS, U.S.M.J.

It is ORDERED that:

(1) The Superseding Indictment returned in October, 2004, be DOCKETED as a SEALED DOCUMENT.

(2) The Assistant U.S. Attorney assigned to this case provide redacted copies of the Superseding Indictment to counsel for each of the above-named defendants FORTHWITH.

(3)   Arraignment on the Superseding Indictment take place at such time as the Superseding Indictment is unsealed.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

November 22, 2004.