# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

     v.                                CRIMINAL NO. 2003-10370-DPW-01

DOUGLAS K. BANNERMAN
    Defendant.

## *PROCEDURAL ORDER ON MOTION FOR APPOINTMENT OF COUNSEL (#178)*

COLLINGS, U.S.M.J.

    The defendant has filed a Motion for Appointment of Counsel (#178) which requests that his retained counsel, James Michael Merberg, Esquire, be appointed as CJA counsel *nunc pro tunc* to December 9, 2003.

    I find that the defendant is financially unable to afford his own attorney. However, since Attorney Merberg is not now nor ever has been on the CJA list, I am unable to appoint him.

    Accordingly, the Motion for Appointment of Counsel (#178) is forwarded

to Judge Woodlock for decision.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

December 6, 2004.