```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA   )
                           )    No. 03-10370-DPW
     v.                    )
                           )
1. DOUGLAS BANNERMAN,      )
                           )
     Defendant.            )

**GOVERNMENT'S MOTION TO FILE AN OVER-LONG BRIEF**

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorney Rachel E. Hershfang, hereby seeks this Court's permission to file a brief in excess of 20 pages long.  In support of this motion, the government states as follows:

The brief, an opposition to a motion to suppress a wiretap, responds to an attack on a lengthy (85-page) affidavit, the facts of which are directly challenged by the motion to suppress.  To treat this material fairly, and to respond to a series of attacks on the affidavit, the government requests leave to file a 23-page brief.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Rachel E. Hershfang
                              RACHEL E. HERSHFANG
                              Assistant U.S. Attorney

Dated: December 18, 2004