JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Daniel Macauley _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____
_____
_____
_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.**  I_____        **Investigating Agency**  DEA_____

**City**   Boston_____           **Related Case Information:**

**County**   Suffolk_____        Superseding Ind./ Inf.   X_____       Case No.   03-10370-DPW
                                   Same Defendant   X_____       New Defendant_____
                                   Magistrate Judge Case Number   03-0454-RBC
                                   Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
                                   R 20/R 40 from District of_____

**Defendant Information:**

Defendant Name   John J. McCarthy_____        Juvenile:        ☐ Yes    ■ No

Alias Name

Address   32 Juniper Street, Brookline, MA_____

Birthdate:  1964_____   SS #_____   Sex:  Male   Race:_____   Nationality:_____

**Defense Counsel if known:**_____        Address_____

Bar Number_____

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper_____        Bar Number if applicable_____

**Interpreter:**   ☐ Yes   ■ No        List language and/or dialect:_____

**Matter to be SEALED:**   ■ Yes   ☐  No

   ■  Warrant Requested        ☐  Regular Process        ☐ In Custody

**Location Status:**

Arrest Date_____

☐ Already in Federal Custody as of_____ in_____.
☐ Already in State Custody at_____ ☐ Serving Sentence_____ ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:_____ on  12/03

**Charging Document:**        ☐ Complaint        ☐ Information        ■ Indictment

**Total # of Counts:**        ☐ Petty        ☐ Misdemeanor        ■ Felony   1_____

Continue on Page 2 for Entry of U.S.C. Citations

■     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   October 28 2004_____        Signature of AUSA:_____

JS 45 (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**    John J. McCarthy. _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

bannerjs45.wpd - 2/7/02

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.**  I _____        **Investigating Agency**  DEA _____

**City**   Boston _____        **Related Case Information:**

**County**   Suffolk _____

Superseding Ind./ Inf.   X _____   Case No.   03-10370-DPW
Same Defendant   X _____   New Defendant _____
Magistrate Judge Case Number   03-0454-RBC
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**   John Graham _____        Juvenile:   ☐ Yes   ■ No

**Alias Name** _____

**Address** _____

**Birthdate:**  1961 _____   SS # _____   Sex:  Male _____   Race: _____   Nationalit  Canadian _____

**Defense Counsel if known:** _____        Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Rachel E. Hershfang/Denise J. Casper _____   Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ■ No        List language and/or dialect: _____

**Matter to be SEALED:**   ■ Yes   ☐ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date        12/2/03 _____

☐ Already in Federal Custody as of        12/2/03 _____   in _____
☐ Already in State Custody at _____   ☐ Serving Sentence        ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   MJ Collings _____   on   12/3/03 _____

**Charging Document:**   ☐ Complaint        ☐ Information        ■ Indictment

**Total # of Counts:**   ☐ Petty  ———   ☐ Misdemeanor  ———   ■ Felony   1 _____

Continue on Page 2 for Entry of U.S.C. Citations

■   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   October 28 2004 _____        Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   _John Graham_

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**                    **Category No.**  I _____    **Investigating Agency**  DEA _____

**City**   Boston _____

**County**   Suffolk _____          **Related Case Information:**

Superseding Ind./ Inf.   X _____          Case No.   03-10370-DPW

Same Defendant   X _____     New Defendant _____

Magistrate Judge Case Number   03-0454-RBC _____

Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC _____

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Scott Myers _____          Juvenile:   ☐ Yes   ■ No

Alias Name _____

Address   405 Columbus Avenue, Boston, MA _____

Birthdate:  1968 ___   SS # _____   Sex:  Male ___   Race:  White _____   Nationality: _____

**Defense Counsel if known:** _____          Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Rachel E. Hershfang/Denise J. Casper _____   Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ■ No          List language and/or dialect: _____

**Matter to be SEALED:**   ■ Yes   ☐ No

   ■ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date _____

x  Already in Federal Custody as of   12/03 ___   in _____

☐ Already in State Custody at _____   ☐ Serving Sentence          ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint          ☐ Information          ■ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ■ Felony   1 ___

Continue on Page 2 for Entry of U.S.C. Citations

■   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   October 28 2004 _____          Signature of AUSA: _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Scott Myers _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

_____

## Criminal Case Cover Sheet                     U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  I _____          **Investigating Agency**  DEA _____

**City**   Boston _____          **Related Case Information:**

**County**   Suffolk _____

Superseding Ind./ Inf.   X _____          Case No.   03-10370-DPW _____
Same Defendant   X _____          New Defendant _____
Magistrate Judge Case Number   03-0454-RBC _____
Search Warrant Case Number   03-0455-61, 0477, 0479-84-RBC _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name**   Jose Vezga _____          Juvenile:   ☐ Yes   ■ No

**Alias Name** _____

**Address**   11 Melrose Avenue, Wakefield, MA _____

**Birthdate:**  1958 ___   **SS #** _____   **Sex:**  Male ___   **Race:**  Hispanic _____   **Nationality**   Venezuela _____

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

### U.S. Attorney Information:

**AUSA**   Rachel E. Hershfang/Denise J. Casper _____          Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ■ No          List language and/or dialect: _____

**Matter to be SEALED:**          ■ Yes   ☐ No

          ☐   Warrant Requested          ☐ Regular Process          X In Custody

### Location Status:

**Arrest Date**          12/3/03 _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:   MJ Collings _____   on   12/3/03 _____

**Charging Document:**          ☐ Complaint          ☐ Information          ■ Indictment

**Total # of Counts:**          ☐ Petty ———   ☐ Misdemeanor ———   ■ Felony   1 ___

Continue on Page 2 for Entry of U.S.C. Citations

■          **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   October 28 2004 _____          Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jose Vezga _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**                **Category No.** __I__        **Investigating Agency** __DEA__

**City**  __Boston__

**County**  __Suffolk__          **Related Case Information:**

Superseding Ind./ Inf. __X__              Case No. __03-10370-DPW__
Same Defendant _____    New Defendant __X__
Magistrate Judge Case Number __03-0454-RBC__
Search Warrant Case Number __03-0455-61, 0477, 0479-84-RBC__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Frank Giglio__                Juvenile:   ☐ Yes   ■ No

Alias Name  _____

Address  _____

Birthdate: _____ SS # _____    Sex: __Male__   Race: __White__        Nationalit

**Defense Counsel if known:**  _____   Address _____

Bar Number  _____                _____

**U.S. Attorney Information:**

AUSA  __Rachel E. Hershfang/Denise J. Casper__     Bar Number if applicable _____

**Interpreter:**   ☐ Yes   ■ No       List language and/or dialect: _____

**Matter to be SEALED:**   ■ Yes   ☐ No

　　X   Warrant Requested       ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date  _____

☐ Already in Federal Custody as of _____  in _____

☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____  on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ■ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ■ Felony __I__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __October 29 2004__          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Frank Giglio _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Marijuana | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____