UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>DOUGLAS K. BANNERMAN, et al., )<br>)<br>)<br>Defendant ) | CRIM. NO. 03-10370-DPW |

### DEFENDANT GARY NEWELL'S MOTION TO JOIN DEFENDANT MACAULEY'S MOTION TO STRIKE SURPLUSAGE FROM SUPERSEDING INDICTMENT

Now comes the defendant Gary Newell in the above-captioned case and hereby moves to join in co-defendant Daniel Macauley's Motion to Strike Surplusage from Superseding Indictment, including his memorandum in support, which was filed with the Court on or about January 10, 2005.

Dated: January 11, 2005

Respectfully submitted,
Gary Newell,
By his attorney,

*Debra A. DelVecchio*
Debra A. DelVecchio
B.B.O. No. 542139
DEL VECCHIO & HOUSEMAN
15 Front Street
Salem, MA  01970
(978) 740-5999

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of this document was served upon the attorney of record for each party and each party appearing pro se, by mail, hand-delivery, facsimile, whatever on 1/11/05

*Debra A. DelVecchio*