```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    Cr. No. 03-10370-DPW
                              )
DOUGLAS BANNERMAN et al.,     )
                              )
        Defendants            )
```

## NOTICE OF WITHDRAWAL

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter that is now pending appeal. Undersigned counsel notes that she is leaving the employ of the United States Attorney's Office. Assistant U.S. Attorney Rachel Hershfang will remain as counsel for the government in this matter.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s Denise Jefferson Casper
                              DENISE JEFFERSON CASPER
                              Assistant U.S. Attorney
                              (617) 748-3120
```

July 12, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon counsel of record in the captioned matter a copy of the foregoing document by electronic filing and by first-class mail, postage-paid.

This 12th day of July 2005.

    /s Denise Jefferson Casper
DENISE JEFFERSON CASPER
ASSISTANT UNITED STATES ATTORNEY