UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

DOUGLAS BANNERMAN, ET AL.            CRIMINAL NO. 03-10370-DPW

**NOTICE REGARDING HEARING ON MOTIONS TO SUPPRESS**

WOODLOCK, District Judge

As discussed at the Status Conference on JUNE 14, 2005, the Court will address pending motions to suppress according to the following schedule:

**JULY 26, 2005 at 9:00 am**: Evidentiary Hearing and argument re: Motion to Suppress [162] filed by JOSE VEZGA, followed by Evidentiary hearing and argument re: Motions to Suppress [166] and [168] filed by GARY NEWELL;

**JULY 27, 2005 at 9:00 am:** Evidentiary hearing and argument CONTINUED re: Motions to Suppress [166] and [168] filed by GARY NEWELL; Franks issues will be reserved until after suppression hearing.

**JULY 28, 2005 AT 9:00 am**: Argument re: Motion to Suppress [160] filed by DOUGLAS BANNERMAN and joined by all defendants and Argument re: Motion to suppress [250] filed by FRANK GIGLIO.

                                        BY THE COURT,

                                        /s/ Michelle Rynne

DATED: July 22, 2005                      Deputy Clerk