STATE OF NEW YORK     )

     ss.:
COUNTY OF NEW YORK   )

I hereby certify that I am the custodian of records for Verizon and that the attached are the true and accurate photocopies of the records maintained in the actual course of business of Verizon. Further, it is Verizon's ordinary practice to maintain such records and that the said records were made contemporaneously with the transaction stated therein, or within a reasonable time after said investigation.

Verizon Communications
Corporate Security
1095 Avenue of the Americas
Room 2900
New York, NY 10036
(212) 395-0521

Sworn to before me this

26 day of AUG , 2005

Notary Public

**DENNIS M. DEVINE**
Notary Public State Of New York
No. 01DE5086714
Qualified in Bronx County
Commission Expires On 10-20-05