```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,     )
          Plaintiff,          )
                              )
     v.                       ) CRIMINAL NO. 03-10370-DPW
                              )
DOUGLAS BANNERMAN, et al.,    )
          Defendants.         )
```

**REVISED FINAL ORDER OF FORFEITURE AND MONEY JUDGMENT**

WOODLOCK, D.J.,

The above-captioned case having come before this Court, and the Court being fully advised of the settlement agreement between the United States and the Defendant, Douglas Bannerman ("Bannerman"),

It is hereby ORDERED, ADJUDGED, and DECREED:

1. Within 14 days of the execution of the attached Stipulation of Settlement, in satisfaction of this Court's order of forfeiture for $226,498.19 in *United States v. Douglas Bannerman, et al., 03-CR-1070-DPW*, Bannerman or his representative will deliver to the United States a check in the amount of $190,000, made payable to the United States Marshals Service;

2. Upon receipt and deposit of the check for $190,000, the United States agrees not to sell the real property located at 23 Pilgrim By Way, Duxbury, Massachusetts and will move to vacate the proposed Final Order of Forfeiture filed with the United States Court on February 9, 2006, and to move to replace the proposed Final Order of Forfeiture with this Order;

3. The remaining, unsatisfied portion of the forfeiture

judgment issued by the Court on November 10, 2005, up to the amount of $10,000 would continue to serve as a personal money judgment against Bannerman. The United States abandons its claim to the remaining $26,498.19 of the forfeiture judgement.

4. The parties have agreed that the settlement of this matter upon the terms and conditions set forth herein and in the settlement agreement shall be in full, final, and complete satisfaction of any and all civil claims relating to the Defendant arising out of the forfeiture of the 23 Pilgrim By Way Property. Each party shall bear its own fees and costs.

5. The 23 Pilgrim By Way Property will be disposed of by the United States Marshals Service, in accordance with the Stipulation of Settlement entered into between the United States of America and Defendant Douglas Bannerman and applicable law; and

6. This Court shall retain jurisdiction in this case to enforce the provisions of this order and the stipulation of settlement entered into between the United States and the Defendant.

APPROVED AND SO ORDERED:

_____
DOUGLAS P. WOODLOCK
United States District Judge

Date:_____, 2006