UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>DOUGLAS BANNERMAN, et al.,<br>        Defendants. | )<br>)<br>)<br>) CRIMINAL NO. 03-10370-DPW<br>)<br>) <u>Record Owner:</u><br>) Douglas Bannerman<br>)<br>) <u>Property:</u><br>) 23 Pilgrim By-Way<br>) Duxbury, Massachusetts<br>)<br>) <u>Deed:</u><br>) Plymouth County<br>) Book 21938, Page 150<br>)<br>) Registered Land Certificate<br>) No. 101124, Doc. No. 504340 |

**RELEASE OF LIS PENDENS**

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby releases the <u>Lis</u> <u>Pendens</u> against the real 23 Pilgrim By-Way, Duxbury, Massachusetts (the "Defendant Property"). For title to the Defendant Property, <u>see</u>, Certificate No. 101124, Document No. 504340, and Book 21938, Page 150 of the Plymouth County Registry of Deeds, a copy of which is attached.

This Release is made by agreement of the parties.

The <u>Lis</u> <u>Pendens</u> was recorded on December 5, 2003, at the Plymouth County Registry of Deeds, a copy of which is attached.

Signed under the pains and penalties of perjury this 10TH day of May, 2006.

                                        MICHAEL J. SULLIVAN
                                      United States Attorney

                                   By: _____

COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss.                                                                     Boston

    Then personally appeared the above named Jennifer H. Zacks, Assistant United States Attorney, and acknowledged the foregoing to be true to the best of her knowledge, information, and belief, and to be her free act and deed on behalf of the United States of America.

    Subscribed to and sworn before me this 10th day of May, 2006.

                                              _____
                                              Nicole E. Swiec
                                              Notary Public
                                              My commission expires: 2/2/07

[Notary Seal: NICOLE E. SWIEC, Notary Public, Commonwealth of Massachusetts, My Commission Expires February 2, 2007]

SO ORDERED AND ENDORSED:

_____
DOUGLAS P. WOODLOCK
United States District Court Judge

Dated: _____

12/5/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>DOUGLAS BANNERMAN, ET. AL.<br>        Defendant, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 03-10370-DPW<br><br>Record Owner:<br>Douglas Bannerman<br><br>Property:<br>23 Pilgrim By-Way,<br>Duxbury, Massachusetts<br><br>Deed:<br>Plymouth County,<br>Book 21938, Page 150<br><br>Registered Land Certificate<br>No. 101124, Document No.<br>504340 |

### LIS PENDENS

TO ALL WHOM IT MAY CONCERN:

PLEASE TAKE NOTICE that the United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, has caused an Indictment to be filed charging the defendant, Douglas Bannerman, among others, with violations of 21 U.S.C. §§846 and 841, 18 U.S.C. §1956(a)(1), and alleging that the real property located at 23 Pilgrim By-Way, Duxbury, Massachusetts ("the Property"), including all buildings, appurtenances, and improvements thereon, as described in more detail and recorded in the Plymouth County Registry of Deeds at Certificate No. 101124, Document No. 504340, and Book 21938, Page 150, is subject to forfeiture pursuant to 21 U.S.C. §853(p) as a result of alleged violations of 21 U.S.C. §§841, 841(b)(1)(B), and

846.

For title to the Property, see Certificate No. 101124, Document No. 504340, and Book 21938, Page 150, of the Plymouth County Registry of Deeds.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United State Attorney

By: /s/ Jennifer H. Zacks
    JENNIFER H. ZACKS
    Assistant U.S. Attorney
    Suite 9200
    1 Courthouse Way
    Boston, MA 02210
    (617) 748-3100

Dated: December 4, 2003

2

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                          Boston

OATH

The undersigned Jennifer H. Zacks, Assistant United States Attorney, on her oath declares that the proceeding referred to above affects the title to the land and buildings as described above.

_____
Jennifer H. Zacks
Assistant U.S. Attorney

Dated: December 4, 2003

Then personally appeared the above-named Jennifer H. Zacks, Assistant United States Attorney, who acknowledged the foregoing to be true to the best of her knowledge, information and belief, and to be her free act and deed on behalf of the United States of America.

Subscribed to and sworn to before me this 4th day of December, 2003.

_____
NOTARY PUBLIC Erin R. Donovan
My Commission expires:

2-12-2004.

The above-captioned action constitutes a claim of right to title to real property or the use and occupation thereof or the building thereon.

SO ORDERED AND ENDORSED:

_____
United States District Judge
Dated: December 4, 2003

3