```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
    v.                         )  Criminal No. 03-10370-DPW
                               )
DOUGLAS K. BANNERMAN, ET AL.   )
```

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully moves this Court to permit the withdrawal of undersigned as counsel for the government.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                         By:  */s/ Peter K. Levitt*
                                PETER K. LEVITT
                                Assistant U.S. Attorney

                                Date:  April 11, 2008